CARL CARLSON, APPELLEE, v. MILAN S. MOORE, APPELLANT.

FILED JANUARY 8, 1930. No. 26963.

*H. A. Bryant* and *Stewart & Stewart,* for appellant.

*Halligan, Beatty & Halligan, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and FOSTER, District Judge.

PER CURIAM.

This is an action to recover damages for malpractice, in which plaintiff alleged that defendant was careless and negligent in the operation of an X-ray used in treatment for the cure of eczema. The jury found for plaintiff in the sum of $4,175, and from a judgment entered thereon by the district court for Dawson county, defendant has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.